**BEFORE:**  Thomas C. Platt, Senior U.S.D.J *Courtroom 1040*
**DATE:**  March 10, 2006
**TIME:**  9:30 a.m.
**DOCKET #:**  **1995cr392(s-1)-02**
**CAPTION:**  USA   -v- Timewell, et al.

## CRIMINAL CAUSE FOR SENTENCE

### APPEARANCES:

**Defense Counsel:**  James Moriarity                     **Defendant:** **STEPHEN MARC JOHNSON**
☐CJA ☒Retained ☐Federal Defenders                     ☒Present ☐Not Present ☐On Bond ☒ In Custody

**Government:**  **AUSA Burton Ryan**                     **Court Reporter:**  **Paul Lombardi**
**Probation:**   **Holly Kaplan**                     **Interpreter:**   _

☒_____Case called.
☒_____Counsel for parties present.
☐_____Fatico Hearing held: _____
☒_____Sentencing held.
☒_____Statements of defendant and counsel heard.
☐_____Defendant's downward departure motion based on: _____
☐_____Motion for downward departure is _ Granted. _ Denied.

**IMPRISONMENT:**
☒_____The defendant is sentenced to:  **180 months, with credit for time served since 3/21/95.**
☒_____To be followed by **5 years**____ Of supervised release.
☐_____Special conditions of supervised release are as follows: _____
☐_____As a special condition of supervised release if the defendant leaves the country either voluntarily or involuntarily and reenters illegally he/she will be deemed a violator thereof.
☐_____The defendant is remanded to the custody of the US Marshal.
☐_____The defendant shall surrender _____
☐_____The court makes the following recommendation to the Bureau of Prisons: _____

**PROBATION:**
☐_____The defendant is sentenced to: _____
☐_____Special conditions of probation: _____
☐_____During the term of probation the court will not consider any travel request except for work or family emergencies.

**FINE, RESTITUTION & SPECIAL ASSESSMENT:**
☐_____The defendant is ordered to pay a fine in the sum of:  $_____
☐_____The fine is payable: _____
☐_____The fine is waived based on the defendant's inability to pay.
☐_____Restitution is ordered:
☒_____Special assessment in imposed in the sum of:   $ 100.00 _____
☒_____The Govt. moves to dismiss the open counts after the appeal period has elapsed or after the appeal has returned from the USCA.  _X_ Motion Granted.  _ Motion denied.
☒_____The defendant is advised of his right to appeal.