## PERINI & HOERGER
ATTORNEYS AT LAW
1770 MOTOR PARKWAY
SUITE 300
HAUPPAUGE, NEW YORK 11749

(631) 232-2224
FAX (631) 232-2344

RAYMOND G. PERINI
MAUREEN S. HOERGER

MICHAEL M. McCLELLAN
OF COUNSEL

September 5, 2007

**VIA FACSIMILE**

Honorable Thomas C. Platt
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:   **United States v. Patrick O'Sullivan**
      **Docket No. 95-CR-392 (TCP)**

Dear Judge Platt:

The above matter is presently on the Court's calendar for September 7, 2007. I respectfully request an adjournment to September 27, 2007 at 1:30 pm.

Thank you.

Sincerely,

PERINI & HOEGER

Raymond G. Perini / ca

Raymond G. Perini

RGP:ca

cc:   AUSA Burton T. Ryan