**BETTINA SCHEIN**
ATTORNEY AT LAW
260 MADISON AVENUE 20TH FLOOR
NEW YORK, NEW YORK 10016
―
(212) 679-6605
FAX (212) 448-6273

September 26, 2007

<u>Via ECF</u>
Honorable Thomas C. Platt
United States District Court Judge
Eastern District of New York
United States Courthouse
1044 Federal Plaza
Central Islip, New York 11722

      Re: <u>United States v. Patrick O'Sullivan   95 CR 392 (S-1)(TCP)</u>

Dear Judge Platt:

  This letter is respectfully submitted to request an adjournment of the sentencing proceeding for Mr. O'Sullivan which is presently scheduled for Thursday, September 27, 2007 at 1:30. The reason for this request is that counsel and the government are continuing to engage in discussions and meetings in an effort to arrive at an agreement as to outstanding sentencing issues.

  We respectfully request an adjournment until October 15, 2007. The government has consented to the instant request.

  We thank the Court for its consideration.

            Respectfully yours,

            Bettina Schein

cc: AUSA Burton T. Ryan, Jr. (via ECF)
   Raymond G. Perini, Esq.   (via ECF)
   James Neville, Esq.   (via ECF)