**DOCKET NUMBER**     1995cr392

**CRIMINAL CAUSE FOR CONFERENCE**

**BEFORE JUDGE**: PLATT     **DATE:**    November 9, 2007    Time in Court:    10 Mins

**DEFENDANT'S NAME**: PATRICK BOWLER     **DEFENDANTS #** 3
X    Present     ❏    Not Present     X    Custody     ❏    Not Custody

**DEFENSE COUNSEL**: Betina Schein and Raymond Perini
❏    Federal Defender     ❏    CJA     X    Retained

**A.U.S.A.:**    Burton Ryan     **PROBATION OFFICER**    James Fonti

**CASE MANAGER** K. McMorrow
**COURT REPORTER**:    Owen WIcker
**INTERPRETER**:                                    **LANGUAGE:**

❏    Arraignment                                      ❏    Revocation of Probation non contested
❏    Change of Plea Hearing (~*Util-Plea Entered*)     ❏    Revocation of Probation contested
❏    In Chambers Conference                           ❏    Sentencing non-evidentiary
❏    Pre Trial Conference                             ❏    Sentencing Contested
❏    Initial Appearance                               ❏    Revocation of Supervised Release evidentiary
X    Status Conference                                ❏    Revocation of Supervised Release non-
❏    Telephone Conference                                  evidentiary
❏    Voir Dire Begun     ❏    Voir Dire Held     ❏    Jury selection     ❏    Jury trial
❏    Jury Trial Death Penalty     ❏    Sentence enhancement Phase     ❏    Bench Trial Begun
❏    Bench Trial Held     ❏    Bench Trial Completed     ❏    Motion Hearing Non Evidentiary

❏    Other Evidentiary Hearing Contested    TYPE OF HEARING

**UTILITIES**
❏    ~Util-Plea Entered     ❏    ~Util-Add terminate Attorneys     ❏    ~Util-Bond Set/Reset
❏    ~Util-Exparte Matter     ❏    ~Util-Indictment Un Sealed     ❏    ~Util-Information Unsealed
❏    ~Util-Set/Reset Deadlines     ❏    ~Util-Set/Reset Deadlines/Hearings
❏    ~Util-Set/Rest Motion and R&R Deadlines/Hearings     ❏    ~Util-Terminate Motions
❏    ~Util-Terminate Parties
❏    ~Util-Set/Reset Hearings

**TEXT**

The defense moves for a week adjournment to go over the Pre sentence Report and submit a sentence memorandum to the Court. Due to the Court's availability the sentence is adjourned to 1/11/08 at 9:30 a.m..