UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

USA

    V.

Gregory Timewell

------------------------------------------------x

EDNY: CR95-392
USCA: 07-4587
RELATED CASE#:
JUDGE: Platt

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
DEC - 9 2008
LONG ISLAND OFFICE

# FIRST SUPPLEMENTAL RECORD

    Index Prepared By:    MARY ANN MCGEE

    Address:    EASTERN DISTRICT OF NEW YORK

    Telephone No.:    (718) 613-2310

The document numbers circled on the following pages with the original papers, constitute part of this record on appeal; the other part of this record on appeal consists of electronically filed documents. The documents with underlined document numbers may be found on our web site http://www.nyed.uscourts.gov.

10/17/08



| | | |
|---|---|---|
| Naomi E. Hancock | represented by | **Taz F. Evans**<br>(See above for address)<br>*TERMINATED: 06/22/2004*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Interested Party**

| | | |
|---|---|---|
| **Larry Von Hancock** | represented by | **Taz F. Evans**<br>(See above for address)<br>*TERMINATED: 06/22/2004*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Interested Party**

| | | |
|---|---|---|
| **Norman Hancock** | represented by | **Taz F. Evans**<br>(See above for address)<br>*TERMINATED: 06/22/2004*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Burton T. Ryan , Jr.**<br>United States Attorney's Office<br>610 Federal Plaza<br>Central Islip , NY 11722<br>631-715-7843<br>Fax: 631-715-7922<br>Email: burton.ryan@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2008 | 243 | PRESENTENCE INVESTIGATION REPORT (SEALED) as to Gregory Paul Timewell. (McGee, Mary Ann) (Entered: 10/17/2008) |